ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| StructSure Projects, Inc. | ) | ASBCA No. 63780 |
| | ) | |
| Under Contract No. W912QR-20-C-0044 | ) | |

APPEARANCES FOR THE APPELLANT:     Reginald M. Jones, Esq.
                                   Robert D. Pratt, Esq.
                                     Fox Rothchild LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                   Sean P. Johnson, Esq.
                                   James M. Inman, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 20, 2024

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63780, Appeal of StructSure Projects, Inc., rendered in conformance with the Board's Charter.

Dated:  August 20, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals